UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY MCKOY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:18-CV-125-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court finds good cause has been alleged for Defendant's Motion to Remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings to include a hearing.

**This Judgment Filed and Entered on May 9, 2019, and Copies To:**
George C. Piemonte                                      (via CM/ECF electronic notification)
Cathleen C. McNulty                                    (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
May 9, 2019                             (By)  /s/ Nicole Sellers
                                                             Deputy Clerk