## In the United States District Court for the
## Eastern District of North Carolina
## Southern Division

| | |
|---|---|
| Jerry **McKoy**, Plaintiff, vs. Martin J. **O'Malley**, Commissioner of Social Security, Defendant. | Civil Action No. **7:18-cv-00125-D** |

### Order

Upon consideration of Plaintiff's petition for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), and Defendant's response, it is

ORDERED that:

1. The plaintiff's attorney is awarded $23,717.50 in attorney's fees under 42 U.S.C. § 406(b) less the $5,500.00 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. The Court finds that reducing the fee award by $5,500.00 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse the Plaintiff with the lesser award amount.

2. Defendant shall pay $18,217.50 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

SO ORDERED. This the 17 day of May, 2024.

JAMES C. DEVER III
United States District Judge