UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY MCKOY, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 7:18-CV-125–D** |
| v. ) | |
| ) | |
| ) | |
| MARTIN O'MALLEY, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's attorney is awarded $23,717.50 in attorney's fees under 42 U.S.C. § 406(b) less the $5,500.00 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. The Court finds that reducing the fee award by $5,500.00 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse the Plaintiff with the lesser award amount. Defendant shall pay $18,217.50 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

**This Judgment Filed and Entered on May 17, 2024, and Copies To:**
George C. Piemonte        (via CM/ECF electronic notification)
Cassia W. Parson          (via CM/ECF electronic notification)
Cathleen McNulty          (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
May 17, 2024                    (By) /s/ Stephanie Mann
                                            Deputy Clerk